IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU,<br><br>            Plaintiff,<br><br>vs.<br><br>NDCS/MEDICAL & MENTAL HEALTH, et al.,<br><br>            Defendants. | 4:21CV3080<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion.  On June 21, 2021, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the balance owing on the initial partial filing fee that was assessed by the court on April 19, 2021. To date, Plaintiff has not shown cause for his failure to pay the full amount of the initial partial filing fee, and has not paid the balance owing or sought an extension of time in which to do so. This case therefore will be dismissed without prejudice.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, and for failure to comply with the court's orders.

2. The court will enter judgment by a separate document

Dated this 27th day of July 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge