IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OJORE MULUMBA AJAMU,<br><br>Plaintiff,<br><br>vs.<br><br>NDCS/MEDICAL & MENTAL HEALTH, individual capacity and official capacity; NDCS/LCC, individual capacity and official capacity; SECURITY, include the Complete, individual capacity and official capacity; BRYAN HEALTH WEST, Records they say they'll provide,; MENTAL HEALTH/SEGREGATION, individual capacity and official capacity; DOUGULAS DISTRICT COUNTY COURT, Individual Capacity and Official Capacity; NEBRASKA MEDICINE MEDICAL CENTER, Individual Capacity and Official Capacity; DOUGULAS CORRECTIONAL CENTER JAIL, Individual Capacity and Official Capacity; OMAHA POLICE DEPARTMENT, OPD (City of Omaha) Individual Capacity and Official Capacity; CITY OF OMAHA, (Paramedics), Individual Capacity and Official Capacity; NEBRASKA DCS/MENTAL HEALTH, in LCC, Individual Capacity and Official Capacity; and NDCS/MENTAL HEALTH, in the facility of LCC;<br><br>Defendants. | 4:21CV3080<br><br>ORDER |

This matter is before the court on Plaintiff's correspondence, which the court construes as a motion for status. (Filing 16.) Plaintiff is advised that this matter was dismissed without prejudice for failure to pay the court's initial partial filing fee and for failure to comply with the court's orders on July 27, 2021. (Filings 13 & 14.) This matter is, thus, closed.

Plaintiff is further advised that, because this case is closed, the form complaint and petition he submitted on October 4, 2022, along with his correspondence, were filed in a new civil case (Case No. 8:22CV347) and a new habeas case (Case No. 8:22CV348), respectively.

IT IS THEREFORE ORDERED that: Plaintiff's correspondence, construed as a motion for status (filing 16), is granted in accordance with this Order.

Dated this 6th day of October, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge